

**Laine A. Armstrong**
Principal Attorney

laine@advocatesny.com

225 Broadway, Suite 1902
New York, New York 10007

t. (212) 285-1400
f. (212) 285-1410

www.afjlaw.com

January 6, 2026

By ECF

Hon. Laura Taylor Swain
Chief District Judge
United States Federal Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

**MEMO ENDORSED**

Re:     *American Federation of Government Employees, Local 3369 v.*
        *United States Social Security Administration*, 23-cv-3595

Dear Judge Taylor Swain:

We are counsel for the Plaintiff in the above-referenced case.  We are writing to request an extension of time until January 15, 2026 for the parties to file the status letter ordered by the Court.  We recognize we are requesting a substantial extension as the status letter was due to be filed December 1, 2025.  The legal intern at our firm who is assisting with this case is with family in Kenya over the holidays and will not return to the U.S. until January 7, 2026, and I do not want her to miss out on this valuable experience.  Plaintiff's counsel reached out to counsel for Defendant yesterday via email to request their consent.  As of filing of this letter, counsel for Defendant has not responded.

Thank you for your consideration of this request.

Respectfully submitted,

 /s/ *Laine Alida Armstrong*

Laine Alida Armstrong

cc:     Counsel of Record (by ECF)

The foregoing request for an extension is granted. DE # 27 is hereby resolved.
SO ORDERED.
/s/ Laura Taylor Swain, Chief USDJ
1/6/2026