**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
AMERICAN FEDERATION OF GOVERNMENT
EMPLOYEES, LOCAL 3369,

                 Plaintiff,                               23 **CIVIL** 3595 (LTS)

      -against-                                       **JUDGMENT**

UNITED    STATES    SOCIAL    SECURITY
ADMINISTRATION,

                 Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated March 31, 2026, Defendant's motion for summary judgment is granted. Accordingly, Amended Complaint is DISMISSED in its entirety and the case is closed.

**Dated**: New York, New York
       March 31, 2026

                                        **TAMMI M. HELLWIG**
                                  _____
                                     **Clerk of Court**

                 **BY:**   _____
                                      **Deputy Clerk**